UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS THOMAS, on behalf of himself and others similarly situated,<br><br>                        Plaintiff,<br><br>               v.<br><br>FFE TRANSPORTATION SERVICES, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>                        Defendants. | Case No. 2:19-CV-00062-JAM-CKD<br><br>[CLASS ACTION]<br><br>**ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Assigned to the Honorable John A. Mendez |

This matter having come for hearing on December 6, 2022 at 1:30 PM, regarding the parties' Joint Motion for Final Approval of Class Action Settlement ("Motion for Final Approval"), on the terms set forth in the parties' Class Action Settlement Agreement (the "Settlement"), on file with this Court as Exhibit A to the Declaration of David Binder in support of the Motion for Preliminary Approval (See Dkt. No. 31-3) and Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Award ("Motion for Attorneys' Fees").

Having considered the Settlement, the Court's previous order granting Preliminary Approval to the Settlement (See Dkt. No. 33), the Declaration of Settlement Administrator Lindsay Kline in support of the Motion for Final Approval, the Declaration of Sarah S. Kanbar in support of the

1

ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD
Case No. 2:19-cv-00062-JAM-CKD

19cv0062.o.120622

(1409-0001)

Motion for Attorneys' Fees, all other papers and proceedings held herein, and having reviewed the entire record in this action;

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECLARED:**

1. The Court hereby grants the Motion for Final Approval of the Settlement. The terms used in this Order shall have the same meaning as defined in the Settlement, except as may otherwise be ordered.

2. The Settlement, as set forth in the Settlement Agreement, is in all respects fair, reasonable, adequate and in the best interests of the Class. The Parties shall effectuate the Settlement Agreement according to its terms. The Settlement shall be deemed incorporated herein as if explicitly set forth and shall have the full force of an Order of this Court.

3. The Court certifies the Class, as defined in the Settlement, for purposes of the settlement.

4. The Class, which will be bound by this Final Approval Order and Judgment to be entered, shall include all members of the Class who did not submit a timely and valid Request for Exclusion from the settlement.

5. The Court confirms that Plaintiff Dennis Thomas is the Class Representative for purposes of settlement.

6. The Court confirms Costa Kerestenzis and Sarah S. Kanbar of Beeson, Tayer & Bodine, APC as Class Counsel for purposes of the settlement.

7. The Court confirms the Notice of the Settlement was properly provided to the Class in accordance with the Court's Preliminary Approval Order.

8. Upon the Effective Date as set forth by the Settlement, the Settlement Administrator shall distribute the Settlement Fund as follows:

    a. Settlement Administration Costs to Simpluris, Inc. in the amount of $8,786.00;

    b. A PAGA award to be paid to the State of California (Labor & Workforce Development Agency) totaling $3,000.00

2

ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD
Case No. 2:19-cv-00062-JAM-CKD

19cv0062.o.120622

(1409-0001)

9. The Court further grants Plaintiff's concurrently filed Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Award. The Settlement Administrator shall also distribute the following from the Settlement Fund:

    a. Grants Class Counsel's request for attorneys' fees in the amount of $35,000;

    b. Grants Class Counsel's request for litigation costs in the amount of $10,000; and

    c. Grants Plaintiff's request for a Class Representative Service Award in the amount of $5,000 for the Plaintiff.

10. The Court orders that payment of any amounts associated with un-cashed settlement checks will be issued to the St Christopher Truckers Relief Fund (www.truckersfund.org) as the *cy pres* recipient.

11. Upon the Effective Date, the Plaintiff and all Class Members shall have, by operation of this Order, fully, finally and forever released, relinquished, and discharged all Released Parties from all Released Claims as set forth in the Settlement.

**IT IS SO ORDERED.**

Dated:  December 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

3

ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD
Case No. 2:19-cv-00062-JAM-CKD

19cv0062.o.120622

(1409-0001)